

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00053-CR

**WESLEY THEODORE BURNS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 11-02209-CRF-361

## O R D E R

We abated this appeal to the trial court because appellant's brief was overdue. Subsequently, the trial court allowed appointed counsel to withdraw and appointed new counsel for appellant on appeal.

Accordingly, this appeal is reinstated. Appellant's brief is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed October 9, 2014

